UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23–cv–00566–MWF–RAO | Date | March 21, 2023 |
| Title | CARINA CONTRERAS V. RESURGENT CAPITAL SERVICES, L.P. | | |

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|:---:|:---:|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

    In light of the Notice of Settlement filed March 15, 2023, the Court sets a hearing on Order To Show Cause Re Dismissal for May 8, 2023 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    **IT IS SO ORDERED.**

Initials of Clerk: rs